**Attachment 2 - EEOC Complaint Form**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**Waco DIVISION**

Timothy Odie III

(Name of plaintiff or plaintiffs)

Civil Action Number: **6:26-cv-676-LS**

(Supplied by Clerk's Office)

v.

Schertz Cibolo Universal City Independent School District

(Name of defendant or defendants)

**COMPLAINT**

1. This action is brought by Timothy Odie III, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[X] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant Schertz Cibolo Universal City ISD (Defendant's name) lives at, or its business is located at 1060 Elbel Rd (street address), Schertz (city), Texas (state), 78154 (zip).

3a. Plaintiff sought employment from the defendant or was employed by the defendant at [illegible] Elbel Rd, Schertz (street address), (city), Texas (state), 78154 (zip).

3b. At all relevant times of claim of discrimination, Defendant employed 501+ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had ______ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about August (month) 19 (day) 2025 (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: September 2023 - August 2025.

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about Febuary (month) 06 (day) 2026 (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) July, 24 (day) 2026 (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[X] Yes
[ ] No

**VERY IMPORTANT NOTE:** **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ ] Race (If applicable, state race) ______________________

[ ] Color (If applicable, state color) ______________________

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[X] Religion (If applicable, state religion) Christianity

[ ] National Origin (If applicable, state national origin) ______

[ ] Age (If applicable, state date of birth) ______

[ ] Disability (If applicable, state disability) ______

[X] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) ______

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[X] harassed plaintiff.

[ ] other (specify) ______

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

August 2025
Switching work location and route, increased supervision/micromanagement, hindering Christianity practice, restricting time for fulfilling job requirements, blocking account access, Isolation/empty building surprise meetings, drug testing and employment termination for asking questions and raising concerns for employment practices in private (individually/group) and public staff meetings.

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

William Young, Meika Thigpen, Veronica Castenada would speak

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

Emails will support that there was a consorted effort to make the plaintiff's workplace environment one that was not tolerable or workable.

Videos will show that there was an agenda to make an example of me by placing me in isolated situations contrary to the workplace rules.

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

[X] still being committed by defendant.
[ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[X] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to pay lost salary and benifits, clear employee disciplinary record and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

10/2/26
Date

[signature] III
Signature of Plaintiff

4405 Glennwood Drive, Killeen, TX 76542
Address of Plaintiff

| | | |
|---|---|---|
| Killeen | TX | 76542 |
| City | State | Zip Code |

Telephone Number(s)
(254) 258-7142